IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOSEPH C. HARPER                                                PLAINTIFF

V.                            CASE NO. 1:17-CV-01033

SHERIFF RICKY ROBERTS, Union
County, Arkansas; LIEUTENANT KEVIN
PENDLETON; and CAPTAIN RICHARD
MITCHAM                                                  DEFENDANTS

## **JUDGMENT**

For the reasons stated in the order of even date, Plaintiff's Complaint (ECF No. 1) is hereby

**DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of October, 2017.

                                                                        /s/ Susan O. Hickey
                                                                        Susan O. Hickey
                                                                        United States District Judge